IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| PYOTT-BOONE ELECTRONICS INC., a Virginia corporation (f/k/a PBE ACQUISITION, INC.), <br><br> Plaintiff, <br><br> v. <br><br> IRR TRUST FOR DONALD L. FETTEROLF DATED DECEMBER 9, 1997; IRR TRUST FOR M. MITCHELL FETTEROLF DATED DECEMBER 9, 1997; FETTEROLF GROUP, INC., DONALD L. FETTEROLF, individually and as Trustee for the IRR Trust for Donald L. Fetterolf dated December 9, 1997; M. MITCHELL FETTEROLF, individually and as Trustee for the IRR Trust for M. Mitchell Fetterolf dated December 9, 1997; and BRIAN FETTEROLF, <br><br> Defendants. | Case No. _____ |

## NOTICE OF REMOVAL

Defendants IRR Trust for Donald L. Fetterolf Dated December 9, 1997, IRR Trust for M. Mitchell Fetterolf Dated December 9, 1997, Fetterolf Group, Inc., Donald L. Fetterolf, M. Mitchell Fetterolf, and Brian Fetterolf (collectively,"Defendants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(a) and 1446(b), hereby provide notice of removal of this action from the Circuit Court for Tazewell County, Virginia to the United States District Court for the Western District of Virginia attached as Exhibit A. As grounds for removal, Defendants state as follows:

1. On June 14, 2012, Pyott-Boone Electronics Inc. ("Plaintiff") commenced an action in the Circuit Court for Tazewell County, Virginia at Case No. CL 12-678 (the "State

Court Action") against six defendants: IRR Trust for Donald L. Fetterolf dated December 9, 1997; IRR Trust for M. Mitchell Fetterolf dated December 9, 1997; Fetterolf Group, Inc.; Donald L. Fetterolf, individually and as Trustee for the IRR Trust for Donald L. Fetterolf dated December 9, 1997; M. Mitchell Fetterolf, individually and as Trustee for the IRR Trust for M. Mitchell Fetterolf dated December 9, 1997; and Brian Fetterolf.

    2.    Defendants were served with Plaintiff's Complaint on or about July 30, 2012.

    3.    Copies of processes, pleadings and other papers served upon Defendants to date are attached hereto as a collective Exhibit B.  Defendants are not aware of any other filings or entry of any orders in the foregoing civil action.

    4.    This Court has original jurisdiction of this action under the provisions of 28 U.S.C. § 1332(a)(1), and this action may be removed from the Circuit Court for Tazewell County, Virginia pursuant to 28 U.S.C. § 1441(a), as this action is one between citizens of different states, and the matter in controversy is in excess of $75,000.00, exclusive of interest and costs. In particular:

    (a)    Plaintiff seeks compensatory damages of up to $17 million, plus prejudgment interest.

    (b)    Plaintiff is a corporation, duly organized and existing under the laws of the Commonwealth of Virginia, with its principal place of business at 1459 Wittens Mill Road, North Tazewell, Virginia 24630.

    (c)    Defendant Fetterolf Group, Inc. is a corporation, duly organized and existing under the laws of Pennsylvania, with its principal place of business at 227 New Centerville Road, Somerset, Pennsylvania 15501.

(d) Defendant Donald L. Fetterolf is an individual citizen of Pennsylvania who resides in Pennsylvania.

(e) Defendant M. Mitchell Fetterolf is an individual citizen of Pennsylvania who resides in Pennsylvania.

(f) Defendant Brian Fetterolf is an individual citizen of Pennsylvania who resides in Pennsylvania.

(g) Because Donald L. Fetterolf is a citizen of Pennsylvania, defendantIRR Trust for Donald L. Fetterolf dated December 9, 1997 also has Pennsylvania citizenship. *N.Y. State Teachers Retirement Sys. v. Kalkus*, 764 F.2d 1015, 1018 (4th Cir. 1985) ("[O]nly the citizenship of the trustee of a . . . trust [is] taken into account for purposes of diversity jurisdiction") (citing *Navarro Savings Assoc. v. Lee*, 446 U.S. 458, 464 (1980)).

(h) Because M. Mitchell Fetterolf is a citizen of Pennsylvania, defendant IRR Trust for M. Mitchell Fetterolf dated December 9, 1997also has Pennsylvania citizenship. *Id.*

5. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days of service on Defendants of a copy of the Complaint setting forth the claims for relief upon which this action is based.

6. Defendants are therefore entitled to remove the State Court Action to the United States District Court for the Western District of Virginia, Abingdon Division, as the district court for the district and division embracing Tazewell County. *See* 28 U.S.C. § 1441(a).

7. Counsel for Defendants has or will serve copies of this Notice of Removal upon (1) counsel for Plaintiff and (2) the Circuit Court for Tazewell County, Virginia, in accordance with the provisions of 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that this action be removed from the Circuit Court of Tazewell County to the United States District Court for the Western District of Virginia, and that this Court assume full jurisdiction over this action as if Plaintiff had originally commenced the same with this Court.

Respectfully submitted,

By: _____/s/_____
Thomas M. Wolf (VSB No. 18234)
LeClairRyan, A Professional Corporation
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 783-2003
Facsimile: (804) 782-2294
E-mail: thomas.wolf@leclairryan.com

and

Brian H. Simmons (PA I.D. No. 84187)
Jordan M. Webster (PA I.D. No. 200715)
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
E-mail: brian.simmons@bipc.com
         jordan.webster@bipc.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2012, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following

Nichole Buck Vanderslice
Warren David Harless
Paul W. Jacobs, II
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
nvanderslice@cblaw.com
wharless@cblaw.com
pjacobs@cblaw.com

/s/
_____
Thomas M. Wolf (VSB No. 18234)
LeClairRyan, A Professional Corporation
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219
Telephone: (804) 783-2003
Facsimile: (804) 782-2294
E-mail: thomas.wolf@leclairryan.com


and

Brian H. Simmons (PA I.D. No. 84187)
Jordan M. Webster (PA I.D. No. 200715)
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
Pittsburgh, PA15219
Telephone: (412) 562-8800

E-mail: brian.simmons@bipc.com
           jordan.webster@bipc.com

5