IN THE CIRCUIT COURT OF THE COUNTY OF TAZEWELL, VIRGINIA

| | |
|---|---|
| PYOTT-BOONE ELECTRONICS INC., a Virginia corporation (f/k/a PBE ACQUISITION, INC.), | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CL 12-678 ) |
| IRR TRUST FOR DONALD L. FETTEROLF DATED DECEMBER 9, 1997; IRR TRUST FOR M. MITCHELL FETTEROLF DATED DECEMBER 9, 1997; FETTEROLF GROUP, INC., DONALD L. FETTEROLF, individually and as Trustee for the IRR Trust for Donald L. Fetterolf dated December 9, 1997; M. MITCHELL FETTEROLF, individually and as Trustee for the IRR Trust for M. Mitchell Fetterolf dated December 9, 1997; and BRIAN FETTEROLF, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**EXHIBIT A**

## NOTICE OF REMOVAL TO FEDERAL COURT

Please take notice that on the 17th day of August, 2012, Defendants IRR Trust for Donald L. Fetterolf Dated December 9, 1997, IRR Trust for M. Mitchell Fetterolf Dated December 9, 1997, Fetterolf Group, Inc., Donald L. Fetterolf, M. Mitchell Fetterolf, and Brian Fetterolf, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, filed with the Clerk of the United States District Court for the Western District of Virginia, Abingdon Division, a Notice of Removal, a copy of which is attached hereto and incorporated herein as Exhibit A.

Please take further notice that, pursuant to 28 U.S.C. § 1446, the filing of this Notice effects the removal of this action to the United States District Court for the Western District of Virginia.

Respectfully submitted,

By: _____
Thomas M. Wolf (VSB No. 18234)
LeClairRyan, A Professional Corporation
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 783-2003
Facsimile: (804) 783-2294
thomas.wolf@leclairryan.com

and

Brian H. Simmons (PA I.D. No. 84187)
Jordan M. Webster (PA I.D. No. 200715)
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
brian.simmons@bipc.com
jordan.webster@bipc.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal to Federal Court was served by first class U.S. mail, postage prepaid, on the 17th day of August, 2012 upon the following counsel:

>Nichole Buck Vanderslice
>Warren David Harless
>Paul W. Jacobs, II
>CHRISTIAN & BARTON, LLP
>909 East Main Street, Suite 1200
>Richmond, Virginia 23219
>nvanderslice@cblaw.com
>wharless@cblaw.com
>pjacobs@cblaw.com

Thomas M. Wolf