IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| PYOTT-BOONE ELECTRONICS INC., a Virginia corporation (f/k/a PBE ACQUISITION, INC.),<br><br>     Plaintiff,<br><br>  v.<br><br>IRR TRUST FOR DONALD L. FETTEROLF DATED DECEMBER 9, 1997 *et al.*,<br><br>     Defendants. | Case No. 1:12-cv-00048-JPJ-PMS |

## JOINT STIPULATION OF DISMISSAL

We, the attorneys for the respective parties in the above-captioned action, acknowledge that all claims and controversies by and between the Plaintiff and each of the Defendants have been amicably resolved and settled, and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(ii), to the dismissal and termination of this action as to all parties with prejudice, with each party bearing its or his own fees and costs, including attorneys' fees. The parties further stipulate and agree that the Complaint (Dkt. No. 1), First Amended Complaint (Dkt. No. 46), and Defendants' Rule 11 Motion (Dkt. No. 43) are hereby dismissed with prejudice and shall be deemed withdrawn.

  The parties request that the Court enter an Order in accordance herewith, notice by the Clerk being hereby waived.

Dated: May 15, 2013                    Respectfully submitted by,

                                    PYOTT-BOONE ELECTRONICS, INC.

By: _____/s/_____
Paul W. Jacobs, II (VSB No. 16815)
Warren David Harless (VSB No. 20816)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Tele.: (804) 697-4100
Fax: (804) 697-4112
pjacobs@cblaw.com
wharless@cblaw.com

Eric Brandfonbrener (admitted pro hac vice)
Jose A. Lopez (admitted pro hac vice)
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tele.: (312) 324-8400
Fax: (312) 324-9400
EBrand@perkinscoie.com
JLopez@perkinscoie.com
*Counsel for Plaintiff Pyott-Boone Electronics, Inc.*

                                  IRR TRUST FOR DONALD L. FETTEROLF DATED DECEMBER 9, 1997; IRR TRUST FOR M. MITCHELL FETTEROLF DATED DECEMBER 9, 1997; FETTEROLF GROUP, INC.; DONALD L. FETTEROLF, individually and as Trustee for the IRR Trust for Donald L. Fetterolf, dated December 9, 1997; M. MITCHELL FETTEROLF individually and as Trustee for the IRR Trust for M. Mitchell Fetterolf, dated December 9, 1997; and BRIAN FETTEROLF,

By: _____/s/_____
Thomas M. Wolf (VSB No. 18234)
John "Jack" M. Robb, III (VSB No. 73365)
LECLAIRRYAN, A Professional Corporation
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 783-2003
Facsimile: (804) 783-2294
thomas.wolf@leclairryan.com
john.robb@leclairryan.com

Brian H. Simmons (PA I.D. No. 84187) (admitted pro hac vice)
BUCHANAN INGERSOLL & ROONEY PC
20th Floor, One Oxford Centre
Pittsburgh, PA 15219
Phone: (412) 562-8800
Fax: (412) 562-1041
brian.simmons@bipc.com
*Counsel for Defendants IRR Trust for Donald L. Fetterolf, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2013, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Nichole Buck Vanderslice, Esq.
>Warren David Harless, Esq.
>Paul W. Jacobs, II, Esq.
>CHRISTIAN & BARTON, LLP
>909 East Main Street, Suite 1200
>Richmond, Virginia 23219
>Telephone: (804) 697-4110
>Facsimile:  (804) 697-6110
>nvanderslice@cblaw.com
>wharless@cblaw.com
>pjacobs@cblaw.com
>
>Eric D. Brandfonbrener, Esq.
>Jose Lopez, Esq.
>Perkins Coie, LLP
>131 S. Dearborn, Suite 1700
>Chicago, IL 60603
>Telephone: (312) 324-8400
>Facsimile:  (312) 324-9400
>EBrand@perkinscoie.com
>JLopez@perkinscoie.com

>                    /s/
>John "Jack" M. Robb, III (VSB No. 73365)
>LeClairRyan, A Professional Corporation
>951 East Byrd Street, Eighth Floor
>Richmond, Virginia  23219
>Telephone: (804) 783-2003
>Facsimile: (804) 783-2294
>E-mail:    john.robb@leclairryan.com