IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

PYOTT-BOONE ELECTRONICS INC., a )
Virginia corporation (f/k/a PBE ACQUISITION, )
INC.), )
)
)
Plaintiff, )
)
v. ) Case No. 1:12-cv-00048-JPJ-PMS
)
IRR TRUST FOR DONALD L. FETTEROLF )
DATED DECEMBER 9, 1997 *et al.*, )
)
Defendants. )

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 15 2013

JULIA C DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

### ORDER

AND NOW, this *15th* day of *May*, 2013, upon consideration of the Plaintiff's and Defendants' Joint Stipulation of Dismissal, it is hereby ORDERED that said Joint Stipulation of Dismissal is GRANTED. It is thus ORDERED that the above-captioned action is hereby dismissed and terminated with prejudice, with each side bearing its own fees and costs, and that the Complaint, First Amended Complaint, and Defendants' Rule 11 Motion are hereby dismissed with prejudice and shall be deemed withdrawn.

ENTER:

_____
United States District Judge